UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CCO CONDO PORTFOLIO (AZ) JUNIOR
MEZZANINE, LLC,

                      Plaintiff,

          -against-                               21 **CIVIL** 2508 (ER)

                                                  **JUDGMENT**

ZIEL FELDMAN and HFZ CAPITAL GROUP LLC,

                     Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 14, 2024, considering the entire process as a whole, the Court concludes that the January 7 sale was commercially reasonable. CCO Condo is entitled to the following damages from Defendants: $86,350,220.27 for the amounts due under the guaranties and for attorney fees and costs incurred through summary judgment, see CCO Condo, 2022 WL 3867910, at *6, as well as $732,858.40 for attorney fees and costs incurred since summary judgment, see Doc. 47 Paragraph 240. CCO Condo is also entitled to prejudgment interest at the rate of 9% on only the amounts due under the guaranties ($86,042,036.29) from April 22, 2021, until the date judgment is entered, in the amount of $21,809,888.21. See Pl.'s Trial Ex. 1 Paragraph 69 & n.6; accordingly, the case is closed.

**Dated:** New York, New York

       February 14, 2024

                                                    **RUBY J. KRAJICK**

CERTIFIED AS A TRUE COPY ON

THIS DATE 5/8/2024                    BY:      **Clerk of Court**

BY _K. mango_                                K. mango

   ( ) Clerk
   (✓) Deputy                                      **Deputy Clerk**

ABSTRACT OF JUDGMENT

Re: CCO Condo Portfolio (AZ) Junior Mezzanine, LLC v. Ziel Feldman & HFZ Cap. Grp Ll

Case Number: 1:21-cv-02508-ER

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Ziel Feldman<br>11 East 68th Street<br>Apartment PHW<br>New York, NY 10065<br><br>HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | CCO Condo Portfolio (AZ) Junior Mezzanine, LLC<br>c/o CIM Group<br>2398 East Camelback Road<br>4th Floor<br>Phoenix, AZ 85016 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $83,350,220.27, plus $732,858.40 for attorneys' fees and costs, plus prejudgment interest totaling $21,809,888.21.<br><br>Total: $108,892,966.88 | Attorneys for Ziel Feldman and HFZ Capital Group LLC<br>Yehuda David Scharf<br>David Eric Ross<br>Jay R. Speyer<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br><br>Attorneys for CCO Condo Portfolio (AZ) Junior Mezzanine, LLC<br>Gary J. Mennitt<br>Patrick N. Andriola<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | February 14, 2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York, New York
May 8, 2024
**RUBY J. KRAJICK, Clerk of Court**

By, Deputy Clerk

