

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**GARY MENNITT**

Gary.Mennitt@dechert.com
+1 212 698 3831  Direct
+1 212 314 0011  Fax

May 29, 2024

**RECEIVED**

JUN -3 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**VIA FEDEX**

Clerk of the Court
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *CCO Condo Portfolio (AZ) Junior Mezzanine, LLC v. Feldman, et al.*, No. 1:21-cv-02508-ER (S.D.N.Y.) - Registering S.D.N.Y. Judgment in D.N.J.

Dear Clerk of Court:

This firm represents CCO Condo Portfolio (AZ) Junior Mezzanine, LLC ("CCO Condo"), the plaintiff in the above-captioned action that was held in the U.S. District Court for the Southern District of New York. On February 14, 2024, United States District Judge Edgardo Ramos entered judgment in favor of CCO Condo and against Defendants Ziel Feldman and HFZ Capital Group LLC for $108,892,966.88. Enclosed please find the S.D.N.Y. Clerk's Certification of a Judgment to be Registered in Another District, accompanied by the S.D.N.Y. Clerk's Abstract of Judgment.

Kindly accept the enclosed certification for filing of the judgment in the U.S. District Court for the District of New Jersey.

Sincerely,

*/s/ Gary J. Mennitt*
Gary J. Mennitt